UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THE WORK CONNECTION, CIVIL NO. 01-1670 (RHK/JMM)

Plaintiff,

v. ORDER

SAFECO INSURANCE
COMPANIES, et, al.

Defendant.

The above matter came on for hearing before the undersigned on December 21, 2001 upon Defendant General Insurance Companies Motion For Leave to File a Third Party Complaint [Docket No. 12].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant General Insurance Companies Motion For Leave to File a Third Party Complaint [Docket No. 12] be denied without prejudice for the reasons placed on the record.

Dated: December 28, 2001

JOHN M. MASON
United States Magistrate Judge

DEC 28 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK