**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

The Work Connection,
Plaintiff,

vs.

SAFECO Insurance Companies
et al
Defendant.

CV 01-1670 RHK/AJB

-------------------------------

**ORDER FOR REASSIGNMENT OF RELATED CASES**

General Insurance Company of America,
Plaintiff,

vs.

Gerald D. Crandall,
et al
Defendant.

CV 02-1262 JRT/FLN

---

Case No. 01-1670 having been assigned to Judge Richard H Kyle and Case No. 02-1262 having later been assigned to Judge John R. Tunheim, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 02-1262 be assigned to Judge Richard H Kyle and Magistrate Judge Arthur J. Boylan, nunc pro tunc, by use of a card on the Master List of the automated case assignment system,and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated November 9, 2000.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: June 20, 2002

RICHARD H. KYLE,Judge
United States District Court

Dated: June 20, 2002

JOHN R. TUNHEIM,Judge
United States District Court

FILED JUN 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

General Insurance Company of America

vs 02-1262RHK/AJB

Gerald D. Crandall, et al

The above action has been re-assigned to Judge Richard H. Kyle and Magistrate Judge Arthur J. Boylan as a related case to 01-1670, The Work Connection vs SAFECO Ins. Co., already assigned to Judge Kyle pursuant to an Order for Reassignment of Related Case signed by Judges Kyle and Tunheim. Please note the change in judges initials above and refer to them when submitting materials to the court.