UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

THE WORK CONNECTION,

Plaintiff,

v.

SAFECO INSURANCE COMPANIES, ET AL.,

Defendants.

Civil No. 01-1670 RHK/AJB

AMENDED PRETRIAL SCHEDULING ORDER

---

WHEREAS, the Court has been presented with good cause for an amendment to the pretrial scheduling order which previously set a deadline for filing dispositive motions on October 1, 2002, and

WHEREAS, it appears that the deadline for filing of dispositive motions should be continued for thirty days,

NOW THEREFORE, IT IS HEREBY ORDERED that the deadline for filing dispositive motions in the above captioned matter is November 1, 2002.

Dated: 8/30/02

ARTHUR J. BOYLAN
United States Magistrate Judge

MEMORANDUM

This amendment does not change the trial readiness deadline of December 1, 2002. Counsel are advised that the Court is considering whether or not this matter

Filed SEP 04 2002
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

should be consolidated with the case entitled General Insurance Company of America v. Crandall, et al., Civil No. 02-1262 RHK/AJB. If consolidation is ordered, some deadlines, including the trial readiness deadline, may be affected. However, no decision on consolidation has yet been made. Accordingly, the lawyers should presume that the matter will go to trial on or shortly after December 1, 2002.

AJB