**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

**Court File No. 01-1670 (RHK/JMM)**

---

The Work Connection, Inc.,

Plaintiff,

vs.

SAFECO Insurance Companies,

and

General Insurance Company of America,

and

First National Insurance Company of America,

Defendants.

**STIPULATION OF DISMISSAL AND ORDER**

---

The above-entitled action, having been fully compromised and settled, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure,

**IT IS HEREBY STIPULATED** by and between the parties thereto, through their undersigned attorneys, that the same may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties, each party bearing their own costs and disbursements herein.

**IT IS FURTHER STIPULATED**, that without further notice, a Judgment of Dismissal With Prejudice and upon the merits, and without costs or disbursements to any of the parties, may be entered herein.

NOV 12 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD NOV 12 200[
DEPUTY CLERK

**SIEGEL, BRILL, GREUPNER, DUFFY & FOSTER, P.A.**

Dated: 11/8/02

By: ____________________
GERALD S. DUFFY (A.R. #24703)
M. GREGORY SIMPSON (A.R. #204560)
100 Washington Avenue So.
Minneapolis, Minnesota 55401
(612) 339-7131

ATTORNEYS FOR PLAINTIFF

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

Dated: 5 Nov. 2002

By: ____________________
LAWRENCE M. ROCHEFORD (A.R. #153412)
8519 Eagle Point Boulevard
Lake Elmo, MN 55042
(651) 290-6516

ATTORNEYS FOR DEFENDANTS
SAFECO INSURANCE COMPANIES and
FIRST NATIONAL INSURANCE COMPANY
OF AMERICA

## ORDER

Pursuant to the parties' Stipulation,

**IT IS HEREBY ORDERED**, that a Judgment be entered

Let Judgment be entered accordingly.

Dated this 12th day of November, 2002.

By the Court:

____________________
Richard H. Kyle
Judge of United States District Court