# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

The Work Connection, Inc.

Case No. Civil 01-1670 RHK/JMM

v.

**JUDGMENT IN A CIVIL CASE**

SAFECO Insurance Companies
General Insurance Company of America
First National Insurance Company of America

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed on its merits, and hereby is dismissed with prejudice and without costs or disbursement to any of the parties each party bearing their own costs and disbursements herein.

DATE: November 12, 2002

RICHARD D. SLETTEN, CLERK

Gloria Schneider

Gloria Schneider, Deputy Clerk